# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EMILO SANTELISES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No.:  12-CV-11164-NMG** |
| | ) | |
| | ) | |
| BANK of AMERICA, N.A., as successor | ) | |
| by merger to BAC HOME LOAN | ) | |
| SERVICING, LP and FEDERAL HOME | ) | |
| LOAN MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION FOR LEAVE TO WITHDRAW AND ENTER SUBSTITUTION OF APPEARANCE

Pursuant to Local Rule 83.5.2(c), Matthew J. Dunn, Esq., the attorney for the Plaintiff,

Emilio Santelises, hereby respectfully request leave from this Honorable Court to withdraw his

appearance and substitute the appearance of Christopher J. Fein, Esq. as counsel for the Plaintiff.

Mr. Santelises assents to this request and Attorney Fein will continue to represent him in this

action.

Respectfully Submitted,
Emilo Santelises,
by his attorney,

/s/ *Matthew J. Dunn*
Matthew J. Dunn, BBO# 654041
The Dunn Law Group
132 North Street
Hingham, MA 02043
(617) 725-0033
mdunn@dunn-lawgroup.com

1

- and -

*/s/ Christopher J. Fein*

Christopher J. Fein, BBO # 654403
Fein Law Office, P.C.
25 Braintree Hill Office Park - Suite 403
Braintree, MA 02184
(781) 356-5555
cjfein@feinlawoffice.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 20, 2012.

*/s/ Matthew J. Dunn*
Matthew J. Dunn