UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| EMILIO SANTELISES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-11164-NMG |
| | ) | |
| BANK OF AMERICA, N.A., *as successor* | ) | |
| *by merger to* BAC HOME LOAN | ) | |
| SERVICING, LP and FEDERAL HOME | ) | |
| LOAN MORTGAGE CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

REPORT AND RECOMMENDATION ON
DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

October 22, 2012

SOROKIN, C.M.J.

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the defendants, Bank of America,

N.A. ("Bank of America") and Federal Home Loan Mortgage Corporation ("Freddie Mac"), seek

dismissal of the Complaint filed against them by the plaintiff, Emilio Santelises. For the reasons

that follow, I recommend that the motion (docket # 5) be ALLOWED.

I.    BACKGROUND

The following facts are drawn from the Complaint and the documents referenced therein.[1]

---

[1]On a motion to dismiss, the Court may consider documents "expressly incorporated" into
the complaint, as well as those "relie[d] upon [in the complaint and] whose authenticity is not
challenged." Alt. Energy, Inc. v. St. Paul Fire & Marine Ins. Co., 267 F.3d 30, 33 (1st Cir.
2001). Santelises has not objected to the defendants' submission of two letters referenced in the
Complaint. See generally Doc. No. 14.

*Report and Recommendation accepted and adopted.  /s/ NM Gorton, USDJ 11/30/12*